583 A.2d 298
ROSS GIGLIOTTI v. JOEL MARMAR, M.D.

January 10, 1990.

Petition for certification denied.

583 A.2d 298
ROSS GIGLIOTTI v. JOEL MARMAR, M.D.

January 10, 1990.

Cross-petition for certification denied.

583 A.2d 298
HECTOR SERRANO v. APPLE CONTAINER.

January 10, 1990.

Petition for certification denied. (See 236 *N.J.Super.* 216, 565 *A.*2d 417)

583 A.2d 298
JOHN BURGO, JR., ETC. v. LARRY W. COHEN, D.O.

January 10, 1990.

Petition for certification denied.